United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PEDRO SANTOS OLIVAREZ, JR., | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00167 |
| SHERIFF OSCAR RIVERA, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Mitchel Neurock's Memorandum and Recommendation ("M&R"). (D.E. 8). The M&R recommends that the Court:

- Construe Plaintiff's claim as a request for habeas relief under 28 U.S.C. § 2241;

- Dismiss Plaintiff's claim without prejudice pursuant to the *Younger* abstention doctrine;

- Vacate Judge Neurock's order for collection of initial partial filing fee to proceed *in forma pauperis* for an action under 42 U.S.C. § 1983;

- Grant Plaintiff's motion to proceed *in forma pauperis* in a habeas action under 28 U.S.C. § 2241; and

- Decline to impose a strike under 28 U.S.C. § 1915(g). *Id.* at 5.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. No objection has been filed.[1] When no timely objection has been filed, the district court need only

---

[1] Although Plaintiff has filed several documents since the M&R's entry, these documents further explain Plaintiff's alleged constitutional violations and ongoing state criminal proceedings, and do not contain objections to the M&R. *See* (D.E. 11; D.E. 13; D.E. 14).

determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 8). Accordingly, the Court:

- **CONSTRUES** Plaintiff's claim as a request for habeas relief under 28 U.S.C. § 2241;

- **DISMISSES without prejudice** Plaintiff's claim pursuant to the *Younger* abstention doctrine;

- **VACATES** Judge Neurock's order for collection of initial partial filing fee to proceed *in forma pauperis* for an action under 42 U.S.C. § 1983; and

- **GRANTS** Plaintiff's motion to proceed *in forma pauperis* to proceed in a habeas action under 28 U.S.C. § 2241; and

- **DECLINES** to impose a strike under 28 U.S.C. § 1915(g). *Id.* at 5.

The Court will enter a final judgment separately.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
November 7th, 2025